AO 450 Judgment in a Civil Case

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Pamela Stickler

V.                                   **JUDGMENT IN A CIVIL CASE**

San Diego Police Dept.

                                       **CASE NUMBER:**    12cv0387-BTM(WMC)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is Dismissed without Prejudice.

| March 26, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON March 26, 2012 |

12cv0387-BTM(WMC)