# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Pamela Stickler

                V.                        **JUDGMENT IN A CIVIL CASE**

San Diego Police Dept.

                                       **CASE NUMBER:**    12cv0387-BTM(WMC)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Complaint is Dismissed without Prejudice.

| March 26, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON March 26, 2012 |